petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Valentine Brookes* for respondent.

No. 1003. LUBAR, TRUSTEE, *v.* HARTMAN. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. William R. Lichtenberg* for petitioner.

No. 1006. DISTRICT OF COLUMBIA *v.* QUEEN CITY BREWING Co. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. Richmond B. Keech, Vernon E. West,* and *Glenn Simmon* for petitioner. *Messrs. E. Barrett Prettyman, F. G. Awalt,* and *Raymond Sparks* for respondent.

No. 1005. ARCHER ET AL., CO-PARTNERS, *v.* SECURITIES & EXCHANGE COMMISSION. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. Carl V. Rice* for petitioners. *Solicitor General Fahy* and *Messrs. John F. Davis, Milton V. Freeman,* and *Theodore L. Thau* for respondent.

No. 1008. BROOKLYN TRUST Co., TRUSTEE, *v.* KELBY ET AL. June 7, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration or